

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00221-CV

## IN RE RHONDA LEE COUGOT

## Original Proceeding

## From the County Court at Law
## Walker County, Texas
## Trial Court No. 9276PR

## MEMORANDUM  OPINION

Relator's Petition for Writ of Mandamus is denied.  Relator's Motion for Emergency Stay is dismissed as moot.


MATT JOHNSON
Justice

Before Chief Justice Gray,*
        Justice Johnson, and
        Justice Smith
Petition denied; motion dismissed
Opinion delivered and filed September 15, 2021
[OT06]

*(Chief Justice Gray dissents.  A separate opinion will not issue.  Chief Justice Gray notes, however that he would grant the emergency motion seeking a stay of the trial court proceedings, particularly the impending trial, and request a response with a view to granting the requested writ.  If the testimony of the scrivener of the will as to communications with the deceased about the testator's intent is improperly protected from disclosure, the result of the trial on the meaning of that will is virtually guaranteed to be the result of harmful error if the Relator is otherwise unsuccessful in that trial.  It would be hard to find any evidence that was more important or persuasive than the testimony of the decedent's attorney, other than possibly a video recording of the decedent.  Therefore, for jurisprudential reasons, the time to address this question is before trial via mandamus, rather than in a direct appeal after the trial has been concluded.  *See In re Prudential Ins. Co. of America*, 148 S.W.3d 124, 136 (Tex. 2004) (orig. proceeding)).

